# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

WILLIAM COOPER, ET AL.                                CIVIL ACTION

VERSUS

STATE FARM FIRE AND CASUALTY                 NO. 25-00355-BAJ-RLB
COMPANY, ET AL.

## JUDGMENT

For written reasons assigned,

IT IS ORDERED, ADJUGED, AND DECREED that the above-captioned

matter is DISMISSED WITH PREJUDICE.

Baton Rouge, Louisiana, this 15th day of June, 2026

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA